1 │ SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 │ JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 │ Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 │ Assistant United States Attorney

5 │ 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 │ Telephone: (415) 436-6915
FAX: (415) 436-6927
7 │

8 │ Attorneys for Defendants

9 │

10 │ UNITED STATES DISTRICT COURT

11 │ NORTHERN DISTRICT OF CALIFORNIA

12 │ SAN JOSE DIVISION

13 │ YANZHENG XU,                                    )
                                                  )  No. C 06-7838 JF
                Plaintiff,                         )
14 │                                                )
                                                  )
15 │          v.                                     )
                                                  )
16 │ ALBERTO GONZALES, United States               )  **STIPULATION TO DISMISS AND**
Attorney General;                                 )  **[PROPOSED] ORDER**
17 │ MICHAEL CHERTOFF, Secretary of the            )
Department of Homeland Security;                  )
18 │ EMILIO T. GONZALEZ, Director of               )
United States Citizenship and Immigration         )
19 │ Services;                                      )
DAVID STILL, San Francisco District Director,     )
20 │ United States Citizenship and Immigration      )
Services;                                         )
21 │ ROBERT S. MUELLER, Director of                )
Federal Bureau of Investigation,                  )
22 │                                                )
                Defendants.                        )
23 │ _____ )

24 │    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

25 │ of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

26 │ action without prejudice in light of the fact that the United States Citizenship and Immigration

27 │ Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

28 │ adjudicate such application within 30 days of the dismissal of this action.

1    Each of the parties shall bear their own costs and fees.

2

3    Date: March 16, 2007                    Respectfully submitted,

4                                            SCOTT N. SCHOOLS
5                                            United States Attorney

6

7                                            EDWARD A. OLSEN
                                             Assistant United States Attorney
8                                            Attorneys for Defendants

9

10                                           *See fax signature*
     Date: March _____, 2007                 JUSTIN FOK
11                                           Attorney for Plaintiff

12

13                          **ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.

15

16

17   Date:    3/19/07
                                             JEREMY FOGEL
18                                           United States District Judge

19

20

21

22

23

24

25

26

27

28

1     Each of the parties shall bear their own costs and fees.

2

3   Date: March ____, 2007                Respectfully submitted,

4                                   SCOTT N. SCHOOLS
                                  United States Attorney

5

6

7                                   EDWARD A. OLSEN
                                  Assistant United States Attorney

8                                   Attorneys for Defendants

9

10   Date: March 15, 2007

11                                   JUSTIN FOK
                                  Attorney for Plaintiff

12

13                             **ORDER**

14      Pursuant to stipulation, IT IS SO ORDERED.

15

16

17   Date:
                                  JEREMY FOGEL

18                                   United States District Judge

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C06-7838 JF                             2